ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
ELIZABETH MACKINNON
Deputy Attorney General
State Bar No. 309895
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 321-5427
  Fax:  (619) 645-2581
  E-mail:  Elizabeth.MacKinnon@doj.ca.gov
*Attorneys for Defendants State of California,
by and through, California Highway Patrol,
Officer Ryan Nilsen and Officer Thomas
Morrison*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**'25CV286   AGS MMP**

| | |
|---|---|
| **BRIGHTWEL OHJAHNGOE, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, CALIFORNIA HIGHWAY PATROL COMMISSIONER SEAN DURYEE, an individual, T MORRISON, an individual, R NILSON, an individual and DOES 1-20, inclusive,**<br><br>Defendants. | 24CU024100N<br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C.A 1441(a) AND 28 U.S.C.A. 1443**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Trial Date:<br>Action Filed:       11/20/2024 |

1

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. 1441(a) and 28 U.S.C. 1443 PROVIDING BASIS FOR REMOVAL, DEFENDANT State of California, by and through, California Highway Patrol, Officer Ryan Nilsen, and Officer Thomas Morrison (collectively "Defendant") hereby removes this action from the Superior Court for the County of San Diego, North County Division, to the United States District Court for the Southern District. In support of this Notice of Removal, DEFENDANT avers as follows:

**Procedural History and Plaintiff's Allegations**

Plaintiff BRIGHTWEL OHJAHNGOE ("Plaintiff") filed suit on or around November 20, 2024 in the San Diego Superior Court, North County Division against DEFENDANT claiming unreasonable search and seizure pursuant to 42 U.S.C. § 1983; unreasonable search and seizure – excessive force pursuant to 42 U.S.C. §1983; malicious prosecution/substantive due process pursuant to 42 U.S.C. §1983; negligence; negligent employment/retention/supervision; *Monell* claim under 42 U.S.C. §1983 for unconstitutional custom, practice, or policy; *Monell* claim under 42 U.S.C. §1983 for failure to train; false arrest/false imprisonment; battery; defamation; violation of Civil Code §52.1 (Bane Act); intentional infliction of emotional distress; negligent infliction of emotional distress.

Plaintiff served a copy of the Complaint on DEFENDANT on January 9, 2025. A Notice of Removal is required to be filed within 30 days, making this filing due no later than February 7, 2025.

Plaintiff's Complaint centers on allegations that DEFENDANT violated 42 U.S.C §1983 by conducting illegal search and seizure, failing to investigate, maliciously prosecuting, falsely arresting/imprisoning Plaintiff and ruining Plaintiff's reputation – among other allegations. According to the Complaint, this action arises out of a shooting that occurred on or around November 24, 2023, on the Interstate 5 freeway where there was a road rage incident giving rise to the discharge of a semi-automatic weapon on the highway. Plaintiff claims that DEFENDANT followed a lead that Plaintiff was the shooter and failed

2

to investigate further, leading to an unconstitutional search and seizure and imprisonment of Plaintiff. Plaintiff's Complaint is heavily supported by 42 U.S.C. §1983 for alleged unconstitutional violations committed by DEFENDANT.

**Grounds for Removal**

Pursuant to 28 U.S.C. §1441(a), the United States District Court for the Southern District has subject matter jurisdiction over this suit and the allegations asserted by Plaintiff against DEFENDANT. 28 U.S.C. §1441 provides that:

> "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

28 U.S.C. §1443(2) provides:

> "Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending: [f]or any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law."

Here, Plaintiff has filed suit alleging violations of federal law – primarily that of 42 U.S.C. §1983. These alleged federal law violations fit squarely within the jurisdiction of the district courts, specifically that of the United States District Court, Southern District.

///

///

///

///

///

///

///

3

**The Procedural Requirements for Removal Have Been Satisfied**

DEFENDANT, as the named Defendant in the suit brought by Plaintiff, has the ability to remove this action to federal court. In line with 28 U.S.C. §§1441(a) and 1443(2), this District Court has original jurisdiction of the claims and allegations made by Plaintiff against DEFENDANT – particularly those arising out of alleged civil rights violations pursuant to 42 U.S.C. §1983.

28 U.S.C. §1446 provides that the notice of removal of a civil action must be filed within 30 days after the receipt by the defendant. Here, Plaintiff served DEFENDANT with the Complaint on January 9, 2025. This Notice of Removal is being filed no later than February 7, 2025. DEFENDANT has complied with the deadline to file the Notice of Removal and is timely.

After filing this Notice of Removal, DEFENDANT will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the San Diego Superior Court in accordance with 28 U.S.C. §1446(d).

True and correct copies of all process, pleadings, and orders served on DEFENDANT in the action pending in the San Diego Superior Court, North County Division, are attached hereto as Exhibit "A."

**Non-Waiver of Defenses**

By removing this action from the San Diego Superior Court, North County Division, DEFENDANT does not waive any defenses available to it.

By removing this action from the San Diego Superior Court, North County Division, DEFENDANT does not admit any of the allegations in Plaintiff's Complaint.

///

///

///

///

///

4

**WHEREFORE**, DEFENDANT removes the above-captioned action from the San Diego Superior Court, North County Division, to the United States District Court for the Southern District of California.

Dated:  February 7, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General

ELIZABETH MACKINNON
Deputy Attorney General
*Attorneys for Defendants State of California, by and through, California Highway Patrol, Officer Ryan Nilsen and Officer Thomas Morrison*

SD2025800190
84940296.docx

5